IN THE SUPREME COURT OF TEXAS

 No. 07-0195

 IN RE GENERAL ELECTRIC COMPANY, ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed March 14, 2007, is
granted. All trial court proceedings in Cause No. 2006-22116, styled
Austin Richards and Gwendolyn Richards v. CBS Corporation, f/k/a Viacom,
Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric
Corporation, in the 11th District Court of Harris County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 20, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk